FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 0 3 2006

Stephan Harris, Clerk
Cheyenne

DEFENDANT: JAMES ALAN FRASER                         Judgment-Page 2 of 6
CASE NUMBER: 06-CR-74-1J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 48 months.

The Court makes the following recommendations to the Bureau of Prisons:

> The Court recommends the defendant be located in a facility outside the State of Colorado. The Court also recommends the defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 7-20-06 to FCI Phoenix at Phoenix, AZ, with a certified copy of this Judgment.

Joe W Booker, Jr, Worden
United States Marshal

By: _____
Deputy Marshal