# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION OF THE OFFENDER
#### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
AUG 1 0 2009
Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| **Name of Offender:** | James Alan Fraser |
| **Name of Sentencing Judicial Officer:** | Alan B. Johnson |
| **Date of Original Sentence:** | June 6, 2006 |
| **Original Offense:** | Felon in Possession of a Firearm |
| **Original Sentence:** | 48 months custody, 36 months supervised release |
| **Type of Supervision:** | Supervised release |
| **Date Supervision To Commence:** | August 15, 2009 |
| **Assistant U.S. Attorney:** | Gregory A. Phillips |
| **Defense Attorney:** | James H. Barrett |

Case Number: 06CR074-1J

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

- The defendant shall reside at a Community Correction Center for up to 120 days at the direction of the U.S. Probation Office.

### CAUSE

The defendant arrived at the Residential Reentry Center in Casper, Wyoming, on June 26, 2009. He is to release to supervised release on August 15, 2009, however, the defendant has not been able to obtain a residence and knows no one in the Casper area.

I declare under penalty of perjury that the foregoing is true and correct,

Respectfully submitted,

Karen Bila
U.S. Probation Officer

August 7, 2009
Date

Approved by: Michael A. Akers
Supervising U.S. Probation Officer

### THE COURT ORDERS:
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Alan B Johnson
U.S. District Judge

8/10/09
Date

PROB 49
Modified 01/2002

# UNITED STATES DISTRICT COURT
for
## DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

**The defendant shall reside at a Community Correction Center for up to 120 days at the direction of the U.S. Probation Office.**

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _____    Date: 8-7-09
James Alan Fraser
Defendant

Witness: _____   Date: 8/7/09
Karen Bila
U.S. Probation Officer