MARK A. KLAASSEN  
Assistant United States Attorney  
District of Wyoming  
PO Box 668  
Cheyenne, Wyoming 82003-0668  
Telephone: 307-772-2124  
Facsimile: 307-772-2123  

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-CR-00074-1J |
| ) | |
| v. ) | |
| ) | |
| JAMES ALAN FRASER, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary imposition(s) only.

**DATED** this 17th day of September, 2009.

　　　　　　　　　　　　　　　　KELLY H. RANKIN  
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:  /s/ Mark A. Klaassen  
　　　　　　　　　　　　　　　　　　MARK A. KLAASSEN  
　　　　　　　　　　　　　　　　　Assistant United States Attorney